IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLARD RODERUS, | ) CAUSE NO. 2:14-cv-00181-WTL-MJD |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WALMART STORES, INC. d/b/a | ) |
| STORE #1310 | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Wal-Mart Stores East, LP (incorrectly sued as Walmart Stores, Inc. d/b/a Store #1310) is a Delaware limited partnership of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, Inc., incorporated in Arkansas, whose parent company is Wal-Mart Stores, Inc., incorporated in Delaware. All entities have principal place of business in Arkansas.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 16th day of June, 2014, via regular U.S. mail, postage prepaid upon the following:

C. Joseph Anderson
John P. Nichols
ANDERSON & NICHOLS
300 Ohio Street
Terre Haute, IN  47807

                                                */s/ Thomas L. Davis*
                                                Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

4832-0222-4411v1